No. 17,744.

GAYLE HECTOR, A MINOR, ETC. *v.* COSMOPOLITAN REALTY COMPANY, ETC.

(296 P. [2d] 235)

Decided April 16, 1956.

Mr. THOMAS P. O'BRIEN, Mr. WILLIAM S. HART, Mr. FRED W. VARNEY, for plaintiff in error.

M. H. BERMAN, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.